Julius Hurwitz et al., Appellants, *v.* William Gleicher, Respondent.

Argued May 23, 1955; decided July 8, 1955.

*Herbert N. Bobrow* for appellants.

*Irvin Husin* and *I. Stanley Stein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.